**Order entered September 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00859-CV

## IN RE BURNING BUSH MISSIONARY BAPTIST CHURCH, INC., AND BURNING BUSH ACADEMY AFFORDABLE DAYCARE, Relators

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-00422-2**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relators' July 21, 2019 petition for writ of mandamus. We **DENY** as moot relators' August 5, 2019 motion for temporary stay of underlying proceedings and discovery.

/s/    LESLIE OSBORNE
       JUSTICE